IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BUTLER, | No. C 14-5092 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| CLIFF ALLENBY; AUDREY KING; TOM VOSS; PAM AHLIN; STEPHEN MAYBERG, | (Dkt. 2) |
| Defendant. | |

Plaintiff is a civil detainee pursuant at the Coalinga State Hospital ("Coalinga") proceeding pro se. He is detained pursuant to California's Sexually Violent Predator Act ("SVPA"). He has filed a complaint under 42 U.S.C. § 1983, complaining about the conditions of his confinement at Coalinga. Defendants are officials of Coalinga and of the California Department of Corrections and Rehabilitation in Sacramento  Both Coalinga and Sacramento lie within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391.

Petitioner also complains about the validity of his assessment as a sexually violent predator under the SVPA, which assessment took place in Alameda County. Challenges to the assessment itself are the province of a habeas petition, not a civil rights action, because they implicate the validity of his detention. *See Hill v. McDonough*, 547 U.S. 573, 579 (2006) (challenges to the lawfulness of confinement or to particulars affecting its duration are the province of habeas corpus); *Nelson v. Sandritter*, 351 F.2d 284, 285 (9th Cir. 1965) (constitutionality of state civil commitment proceedings are challenged in federal habeas corpus

once state remedies have been exhausted).  Plaintiff may challenge the validity of his assessment in this court, but he must do so in habeas petition filed in a separate action from the instant civil rights case.

Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. 1404(a), 1406(a).  In light of this transfer, the pending motions (dkt. 2) to proceed in forma pauperis is deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December     17    , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE